No. 24-6878

## UNITED STATES COURT OF APPEALS
### FOR THE NINTH CIRCUIT

R. Lance Hill, an individual,

*Plaintiff and Counterclaim Defendant – Appellant*,

v.

Metro-Goldwyn-Mayer Studios Inc., a Delaware corporation; Amazon Studios LLC, a California limited liability company; United Artists Pictures Inc., a Delaware corporation,

*Defendants and Counterclaimants – Appellees*,

v.

R. Lance Hill, an individual; Lady Amos Literary Works Ltd., a Canadian corporation.

*Counterclaim Defendant and Third Party Counterclaim Defendant – Appellants*.

On Appeal from the United States District Court
for the Central District of California
The Honorable Hernan D. Vera Presiding
Case No.: 2:24-CV-01587-HDV-SSC

**APPELLEES' SUPPLEMENTAL EXCERPT OF RECORD**
**VOL. 1 OF 1**

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Wook Hwang
whwang@sheppardmullin.com
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: 212.653.8700
Facsimile:  212.653.8701

Dylan J. Price (SBN 258896)
dprice@sheppardmullin.com
Paul A. Bost, (SBN 261531)
pbost@sheppardmullin.com
*Valerie E. Alter (SBN 239905)
valter@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90012
Telephone: 310.228.3700
Facsimile:  310.228.3701

*Attorneys for Appellees METRO-GOLDWYN-MAYER STUDIOS INC., AMAZON STUDIOS LLC, and UNITED ARTISTS PICTURES, INC.*

## **INDEX**

| Date | Document | Dkt. No. | Page Nos. |
|---|---|---|---|
| 2024-05-03 | Corporate Documents for Lady Amos Literary Works Ltd. (Ex A to Answer of Defendants Metro-Goldwyn-Mayer Studios Inc., Amazon Studios LLC, and United Artists Pictures Inc. to Complaint; And Counterclaims) | 22-1 | SER3 – SER30 |

Dated:  June 20, 2025          SHEPPARD MULLIN RICHTER & HAMPTON LLP

By      /s/ *Wook Hwang*
WOOK HWANG
DYLAN J. PRICE
PAUL A. BOST
VALERIE E. ALTER

Attorneys for Appellees
METRO-GOLDWYN-MAYER STUDIOS INC.,
AMAZON STUDIOS LLC, AND UNITED
ARTISTS PICTURES INC.

# EXHIBIT A

Transaction Number / Numéro de transaction: APP-A10402559943
Generated on: March 06, 2024, 12:35 / Généré le: 06 mars 2024, 12:35



Ministry of Public and
Business Service Delivery
Ministère des Services au public et
aux entreprises

# Certified Document Copies

# Copies de document certifiés

## LADY AMOS LITERARY WORKS LTD.

Corporation Name / Dénomination sociale

## 338451

Ontario Corporation Number / Numéro de société de l'Ontario

## 26

Total number of pages (excluding certification page) / Nombre total de pages (excluant la page de certification)

Note: The Ontario Business Registry was established on October 19, 2021. A separate search must be conducted for documents filed on or after that date.

Remarque: Le Registre des entreprises de l'Ontario a été créé le 19 octobre 2021. Une recherche distincte doit être effectuée pour les documents déposés à cette date ou après.

*V. Quintanilla W.*

Director / Directeur

Certified a true copy of the record maintained by the Ministry of Public and Business Service Delivery prior to October 19, 2021.

Copie certifiée conforme du dossier conservé par le ministère des Services au public et aux entreprises avant le 19 octobre 2021.



*V. Quintanilla W.*

Director/Registrar



*V. Quintanilla W.*

Directeur ou registrateur

SER4

*Law Offices of*
**LEGGETT & HARLEY**
*Barristers & Solicitors*

TELEPHONE (416) 222-9571

A. B. P. LEGGETT, B.Sc., LL.B.
D. M. HARLEY, B.A., LL.B.

5867 YONGE STREET
**WILLOWDALE, ONTARIO**
M2N 5R3

June 18, 1976

Ministry of Commercial and
 Consumer Relations,
555 Yonge Street,
Toronto, Ontario.

JUN 22 =  ¢  2604577 000,125.00

Dear Sir or Madam:    Re:  Incorporation of Lady Amos
                            Productions Ltd.

I enclose herewith Articles of Incorporation executed in
duplicate with respect to the incorporation of the above.

Please find enclosed our firm's cheque for $125.00 in payment
of ministarial fees.

Kindly provide the earliest possible engrossing date.

                Yours very truly,

                LEGGETT & HARLEY

            Per:  *Eric Chodal*

EWC:hd
Encl.

FORM 1
THE BUSINESS
CORPORATIONS
ACT

## AFFIDAVIT OF VERIFICATION

PROVINCE OF ONTARIO  Judicial

District _____ OF __York__

IN THE MATTER OF THE BUSINESS
CORPORATIONS ACT AND THE
ARTICLES OF INCORPORATION OF

TO WIT:

__Lady Amos Productions Ltd.__
(NAME OF CORPORATION)

I, __Lance Hill__
(FULL NAME OF DEPONENT)

OF __Innisfil__
(NAME OF MUNICIPALITY)

OF __Simcoe__
(NAME OF COUNTY OR DISTRICT)

OF __Ontario__
(NAME OF PROVINCE OR STATE)

OF THE __Township__
(STATUS OF MUNICIPALITY)

IN THE __County__
(COUNTY OR DISTRICT)

IN THE __Province__
(PROVINCE OR STATE)

. MAKE OATH AND SAY THAT:

1.  I AM __the incorporator__

OF __Lady Amos Productions Ltd.__

AND HAVE PERSONAL KNOWLEDGE OF THE MATTERS HEREIN DEPOSED TO.

2.  EACH OF THE INCORPORATORS WHO IS A NATURAL PERSON SIGNING THE ACCOM-
PANYING ARTICLES OF INCORPORATION IN DUPLICATE AND EACH OF THE FIRST
DIRECTORS NAMED THEREIN IS OF EIGHTEEN OR MORE YEARS OF AGE.

3.  THE SIGNATURES OF THE INCORPORATORS AFFIXED TO THE ARTICLES ARE THEIR
TRUE SIGNATURES.

SWORN BEFORE ME AT THE __Borough__

OF __North York__ IN THE __Munici-__
__pality__

OF __Metropolitan__
__Toronto__ THIS __11th__ DAY

OF __June__ 19 __76__

(SIGNATURE OF DEPONENT)

(SIGNATURE OF COMMISSIONER, NOTARY PUBLIC, ETC.)

ERIC WAYNE CHODAK, a Commissioner,
etc., Judicial District of York, for Bryant
Legget, Barrister. Expires
August 22nd, 1978.

6

10. THE SHARES, IF ANY, TO BE TAKEN BY THE INCORPORATORS ARE

| INCORPORATORS FULL NAMES, INCLUDING ALL GIVEN NAMES | NUMBER OF SHARES | CLASS DESIGNATION | AMOUNT TO BE PAID $ |
|---|---|---|---|
| Lance Hill | 1 | Common | $1.00 |

11. THE NAMES AND RESIDENCE ADDRESSES OF THE INCORPORATORS ARE

| FULL NAMES, INCLUDING ALL GIVEN NAMES | FULL RESIDENCE ADDRESS GIVING STREET & NO. OR R.R. NO., MUNICIPALITY OR POST OFFICE |
|---|---|
| Lance Hill | R.R. 1, Churchill, Ontario L0L 1K0 |

THESE ARTICLES ARE EXECUTED IN DUPLICATE FOR DELIVERY TO THE MINISTER

SIGNATURES OF INCORPORATORS

5.A.

**9.A.** *THE SPECIAL PROVISIONS, IF ANY, ARE*   that the number of shareholders of the Corporation, exclusive of persons who are in its employment and exclusive of persons who, having been formerly in the employment of the Corporation, were, while in that employment, and have continued after the termination of that employment to be, shareholders of the Corporation, is limited to not more than 50, two or more persons who are the joint registered owners of one or more shares being counted as one shareholder; and that any invitation to the public to subscribe for securities of the Corporation is prohibited.

9.   *THE RESTRICTIONS, IF ANY, ON THE ALLOTMENT, ISSUE OR TRANSFER OF SHARES ARE*

that no shares shall be transferred without the express consent of a majority of the Directors, to be signified by resolution passed by the Board.

4

8.  *THE DESIGNATIONS, PREFERENCES, RIGHTS, CONDITIONS, RESTRICTIONS, LIMITATIONS OR PROHIBITIONS ATTACHING TO THE SPECIAL SHARES, IF ANY, ARE*

   Non Applicable

7.   *THE AUTHORIZED CAPITAL IS* to be divided into 40,000 shares without par value; PROVIDED, however, that the aggregate consideration for the issue of the said shares without par value shall not exceed in amount or value the sum of $40,000.00 or such greater amount as the Board of Directors of the Corporation by resolution determines, provided that such resolution shall not be effective until a certified copy thereof has been filed with the Minister of Consumer and Commercial Relations, all pre-scribed fees have been paid and the Minister has so certified.

6. THE OBJECTS FOR WHICH THE CORPORATION IS INCORPORATED ARE

    (a) To design, create, and produce screenplays, film scripts, and adaptations;

    (b) To buy, sell and deal in same;

    (c) To act as consultants and advisors in general to the management and executives of enterprises in the film industry and related industries.

FORM 1
THE BUSINESS
CORPORATIONS
ACT

## ARTICLES OF INCORPORATION

1. *THE NAME OF THE CORPORATION IS*   Lady Amos Productions Ltd.

FILED

2. *THE HEAD OFFICE IS AT THE*   Municipality
                                  (STATUS OF MUNICIPALITY)

JUN 22 1976

   OF Metropolitan Toronto   *IN THE*   Judicial District
        (NAME OF MUNICIPALITY)              (COUNTY OR DISTRICT)

MINISTRY OF
CONSUMER AND
COMMERCIAL RELATIONS

   OF   York
             (NAME OF COUNTY OR DISTRICT)

   *THE ADDRESS OF THE HEAD OFFICE IS*

   5287 Yonge Street,
   (STREET & NUMBER OR R.R. NUMBER & IF MULTI-OFFICE BLDG. GIVE ROOM NO.)

   Willowdale, Ontario.
        (NAME OF MUNICIPALITY OR POST OFFICE)

4. *THE NUMBER OF DIRECTORS IS*  one

5. *THE FIRST DIRECTOR(S) IS/ARE*   Lance Hill

| NAME IN FULL, INCLUDING ALL GIVEN NAMES | RESIDENCE ADDRESS, GIVING STREET & NO. OR R.R. NO. & MUNICIPALITY OR POST OFFICE |
|---|---|
| Lance Hill | R.R. 1, Churchill, Ontario   L0L 1K0 |



Ministry of
Consumer and
Commercial
Relations

# Certificate of Incorporation

This is to certify that

LADY AMOS PRODUCTIONS LTD.

was Incorporated under the Business Corporations
Act on June 22, 1976.



Controller of Records

Companies Division

File Number    338451

BCA-1

07103

SER14

Be it enacted as a special by-law of LADY AMOS
PRODUCTIONS LTD that the municipality or geographic
township in which the head office of the corporation
is located be and it is hereby changed from
Metropolitan Toronto to Innisfil in the County of
Simcoe.

I hereby certify that the above is a true copy of a
special by-law which was confirmed by the shareholders
on the 6th day of October, 1976.

DATED this 6th day of October, 1976.

R. Lance Hill.
Director.

FOR MICROFILMING

TO: CORPORATIONS INFORMATION SECTION
COMPANIES SERVICE BRANCH
MINISTRY OF CONSUMER AND
COMMERCIAL RELATIONS
555 YONGE ST.
TORONTO, ONTARIO M7A 2H6

NOTICE BY NEW CORPORATION OR
CORPORATION HOLDING A LICENCE
IN MORTMAIN

**FORM 1**

THE CORPORATIONS INFORMATION ACT, 1976

| 1. CORPORATION NAME | | | | 2. ONTARIO CORPORATION NUMBER |
|---|---|---|---|---|
| LADY AMOS PRODUCTIONS LTD | | | | 0338451 |
| 3. DATE OF INCORPORATION/AMALGAMATION | 4. MANNER OF INCORPORATION/AMALGAMATION | | | 5. JURISDICTION |
| 22 June 1976 | Certificate | | | ONTARIO |
| 6. FULL ADDRESS OF THE HEAD OFFICE OR PRINCIPAL PLACE OF BUSINESS IN ONTARIO | | | | EFFECTIVE DATE |
| RR 1, Churchill, Ontario. LOL 1K0 | | | | 6 October 1976 |

| 7. PRESENT DIRECTORS FULL NAME | RESIDENT CANADIAN YES / NO | FULL RESIDENCE ADDRESS | DATE BECAME DIRECTOR |
|---|---|---|---|
| A. Lance Hill | X | Churchill, Ontario. | 22 June 1976 |
| B. Darlene Hill | X | Churchill, Ontario. | 22 June 1976 |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |

8. • IS ANY DIRECTOR OF THE CORPORATION A DIRECTOR OF A RELATED CORPORATION AS DETERMINED UNDER THE CORPORATIONS TAX ACT, 1972.

☐ YES – IF YES, ATTACH SCHEDULE SETTING OUT THE NAME AND JURISDICTION OF EACH SUCH RELATED CORPORATION AND THE NAME OF EACH DIRECTOR WHO IS A DIRECTOR OF EACH SUCH RELATED CORPORATION.

☒ NO

| 9. PRESENT OFFICERS FULL NAME | FULL RESIDENCE ADDRESS | DATE BECAME OFFICER |
|---|---|---|
| PRESIDENT Lance Hill | Churchill, Ontario. | 22 June 1976 |
| SECRETARY Darlene Hill | Churchill, Ontario. | 22 June 1976 |
| TREASURER | | |
| GENERAL MANAGER | | |

| 10. PERSONS WHO SINCE LAST NOTICE HAVE BEEN BUT ARE NO LONGER DIRECTORS FULL NAME | FULL RESIDENCE ADDRESS | DATE CEASED TO BE DIRECTOR |
|---|---|---|
| A. | | |
| B. | | |
| C. | | |
| D. | | |
| E. | | |
| F. | | |
| G. | | |

MINISTRY OF CONSUMER
and COMMERCIAL RELATIONS
RECEIVED

FEB 21 1977

MADE ...
DISPOSED OF BY ......

| 11. PERSONS WHO SINCE LAST NOTICE HAVE BEEN, BUT ARE NO LONGER OFFICERS FULL NAME | FULL RESIDENCE ADDRESS | DATE CEASED TO BE OFFICER |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| 12. Lance Hill | ☒ DIRECTOR | |
|---|---|---|
| CERTIFY THAT THE INFORMATION HEREIN CONTAINED IS TRUE AND CORRECT | ☐ OFFICER | |
| | ☐ OTHER PERSON HAVING KNOWLEDGE OF THE AFFAIRS OF THE CORPORATION | |

• APPLIES: ONLY IN THE CASE OF CORPORATIONS WITH SHARE CAPITAL

07200

SER16

TO: CORPORATIONS INFORMATION SECTION
COMPANIES SERVICE BRANCH
MINISTRY OF CONSUMER AND
COMMERCIAL RELATIONS
555 YONGE ST.,
TORONTO, ONTARIO M7A 2H6

AN ONTARIO CORPORATION OR
IN MORTMAIN HOLDING A LICENCE

**FORM 1**

THE CORPORATIONS INFORMATION ACT, 1976

| 1. CORPORATION NAME | | | | 2. ONTARIO CORPORATION NUMBER |
|---|---|---|---|---|
| Lady Amos Productions Ltd | | | | 0338451   1 |
| 3. DATE OF INCORPORATION/AMALGAMATION | 4. MANNER OF INCORPORATION/AMALGAMATION | | | 5. JURISDICTION |
| 22 June  1976 | Certificate | | | ONTARIO |
| 6. FULL ADDRESS OF THE HEAD OFFICE OR PRINCIPAL PLACE OF BUSINESS IN ONTARIO | | | | EFFECTIVE DATE |
| RR 1, Churchill, Ontario. LOL 1K0 | | | | 6 October 1976 |

| 7. PRESENT DIRECTORS FULL NAME | RESIDENT CANADIAN YES | NO | FULL RESIDENCE ADDRESS | DATE BECAME DIRECTOR |
|---|---|---|---|---|
| A. Ronald Lance Hill | X | | RR 1, Churchill, Ontario   LOL 1K0 | 22 June 1976 |
| B. | | | | |
| C. | | | | |
| D. | | | | |
| E. | | | | |
| F. | | | | |
| G. | | | | |

8. ● IS ANY DIRECTOR OF THE CORPORATION A DIRECTOR OF A RELATED CORPORATION AS DETERMINED UNDER
THE CORPORATIONS TAX ACT, 1972.

☐ YES  — IF YES, ATTACH SCHEDULE SETTING OUT THE NAME AND JURISDICTION OF EACH SUCH RELATED CORPORATION
AND THE NAME OF EACH DIRECTOR WHO IS A DIRECTOR OF EACH SUCH RELATED CORPORATION.

☑ NO

| 9. PRESENT OFFICERS FULL NAME | FULL RESIDENCE ADDRESS | DATE BECAME OFFICER |
|---|---|---|
| PRESIDENT Ronald Lance Hill | RR 1, Churchill, Ontario. | 22 June 1976 |
| SECRETARY Darlene Madeleine Hill | RR 1, Churchill, Ontario. | 22 June 1976 |
| TREASURER | | |
| GENERAL MANAGER | | |

| 10. PERSONS WHO SINCE LAST NOTICE HAVE BEEN BUT ARE NO LONGER DIRECTORS FULL NAME | FULL RESIDENCE ADDRESS | DATE CEASED TO BE DIRECTOR |
|---|---|---|
| A. | | |
| B. | | RECEIVED |
| C. | | |
| D. | | FEB 21 1977 |
| E. | | |
| F. | | |
| G. | | |

| 11. PERSONS WHO SINCE LAST NOTICE HAVE BEEN, BUT ARE NO LONGER OFFICERS FULL NAME | FULL RESIDENCE ADDRESS | DATE CEASED TO BE OFFICER |
|---|---|---|
| | | |
| | | |
| | | |

12.
I, Ronald Lance Hill
CERTIFY THAT THE INFORMATION HEREIN
CONTAINED IS TRUE AND CORRECT

☑ DIRECTOR
☐ OFFICER
☐ OTHER, PERSON HAVING KNOWLEDGE OF THE
   AFFAIRS OF THE CORPORATION

_signature_

● APPLIES: ONLY IN THE CASE OF CORPORATIONS WITH SHARE CAPITAL

**INSTRUCTIONS AND INFORMATION
ON REVERSE SIDE**

07200

SER17

C 338451

# ARTICLES OF AMENDMENT

$ · 50.⁰⁰

               1506611 000.050.00

338451

RE: Lady Amos Productions Ltd

SUBMITTED BY

AFFIDAVIT OF SOLVENCY

Province of Ontario, County of Simcoe.

In the matter of the Business Corporations Act and the
Articles of Amendment of LADY AMOS PRODUCTIONS LTD.

*and Darlene Hill, both*

WE, Lance Hill of the Township of Innisfil in the County
of Simcoe in the Province of Ontario, make oath and say
that Lady Amos Productions Ltd. is not insolvent within
the meaning of S.S. (7) of S. 1 B.C.A.

by:  _____  Director

     _____  Secretary

*Severally*

Sworn before me at the town of Bradford in the County of
Simcoe this ___74___ day of ___June___ 19 78

     _____
     A Commissioner, etc.

FORM 4
THE BUSINESS
CORPORATIONS
ACT

## AFFIDAVIT OF VERIFICATION

**PROVINCE OF ONTARIO**

COUNTY OF _Simcoe_

IN THE MATTER OF THE BUSINESS
CORPORATIONS ACT AND THE
ARTICLES OF AMENDMENT OF

TO WIT:

Lady Amos Productions Ltd
(NAME OF CORPORATION)

I, **Lance Hill** OF THE **Township**
(FULL NAME OF DEPONENT)          (STATUS OF MUNICIPALITY)

OF **Innisfil** IN THE **County**
(NAME OF MUNICIPALITY)          (COUNTY OR DISTRICT)

OF **Simcoe** IN THE **Province**
(NAME OF COUNTY OR DISTRICT)          (PROVINCE OR STATE)

OF **Ontario** , MAKE OATH AND SAY ThAT:
(NAME OF PROVINCE OR STATE)

1.  I AM **Director** OF **Lady Amos Productions Ltd.**
(DESCRIPTION OF OFFICE)          (NAME OF CORPORATION)

_(HEREINAFTER CALLED THE "CORPORATION") AND AS SUCH HAVE PERSONAL
KNOWLEDGE OF THE MATTERS HEREIN DEPOSED TO._

2.  THE STATEMENTS CONTAINED IN THE ACCOMPANYING ARTICLES OF AMENDMENT
OF THE CORPORATION ARE TRUE.

3.  THE CORPORATION HAS COMPLIED WITH THE REQUIREMENTS OF THE BUSINESS
CORPORATIONS ACT AND THE CONDITIONS CONTAINED IN THE ARTICLES AND
BY-LAWS OF THE CORPORATION PRECEDENT TO THE DELIVERY OF ARTICLES OF
AMENDMENT.

SWORN BEFORE ME AT THE _Town_

OF _Bradford_ IN THE _County_

OF _Simcoe_ THIS _19th_ DAY

OF _May_ 19 _78_

(SIGNATURE OF A COMMISSIONER, NOTARY PUBLIC, ETC.)

(SIGNATURE OF DEPONENT)

2. THE AMENDMENT HAS BEEN DULY AUTHORIZED AS REQUIRED BY SUBSECTIONS 2, 3 AND 4 (AS APPLICABLE) OF SECTION 189 OF THE BUSINESS CORPORATIONS ACT.

3. THE RESOLUTION AUTHORIZING THE AMENDMENT WAS CONFIRMED BY THE SHAREHOLDERS OF THE CORPORATION ON ___May 19, 1978.___

4. THESE ARTICLES ARE EXECUTED IN DUPLICATE FOR DELIVERY TO THE MINISTER.


CERTIFIED

Lady Amos Productions Ltd.
(NAME OF CORPORATION)

BY:

(CORPORATE SEAL)

_____   Director
(SIGNATURE)                 (DESCRIPTION OF OFFICE)

_____   Secretary
(SIGNATURE)                 (DESCRIPTION OF OFFICE)

FORM 4
THE BUSINESS
CORPORATIONS
ACT

## ARTICLES OF AMENDMENT

*OF*

LADY AMOS PRODUCTIONS LTD.

(NAME OF CORPORATION)

INCORPORATED ON   JUNE 22, 1976.

(DATE OF INCORPORATION)

1.  *THE FOLLOWING IS A CERTIFIED COPY OF THE RESOLUTION AMENDING THE ARTICLES OF THE CORPORATION:*

- BY SPECIAL RESOLUTION OF THE DIRECTORS OF LADY AMOS PRODUCTIONS LTD., be it resolved that the name of the corporation is hereby changed to LADY AMOS LITERARY WORKS LTD.

- BY SPECIAL RESOLUTION OF THE DIRECTORS OF LADY AMOS PRODUCTIONS LTD., be it resolved that the objects of the corporation are hereby amended to:

    (a) To design, create, and produce literary, dramatic, or artistic work, screenplays, film scripts, and adaptions;

    (b) To buy, sell and deal in same;

    (c) To act as consultants and advisors in general to the management and executives of enterprises in the publishing industry, film industry, and related industries.



Ministry of
Consumer and
Commercial
Relations

# Certificate of
# Amendment of Articles

This is to certify that

LADY AMOS LITERARY WORKS LTD.

(formerly Lady Amos Productions Ltd.)

incorporated or amalgamated on  June 22, 1976

has, under section 190 of The Business Corporations Act,
delivered the attached Articles of Amendment.

These Articles of Amendment are effective on

June 9, 1978.

Controller of Records

Companies Division

File Number 338451

BCA-4                                                              07106

TO CORPORATIONS INFORMATION SECTION
COMPANIES SERVICES BRANCH
MINISTRY OF CONSUMER AND
COMMERCIAL RELATIONS
555 YONGE ST.
TORONTO, ONTARIO M7A 2H6

**PLEASE READ**
INSTRUCTIONS AND INFORMATION
ON REVERSE SIDE

NOTICE OR NOTICE OF CHANGE
BY AN ONTARIO CORPORATION OR
CORPORATION HOLDING A LICENCE
IN MULTI MAIN
**FORM 1**
THE CORPORATIONS INFORMATION ACT, 1976

| | |
|---|---|
| 1. CORPORATION NAME  LADY AMOS LITERARY WORKS LTD. | 2. ONTARIO CORPORATION NUMBER  333451 |
| 3. DATE OF INCORPORATION/AMALGAMATION  JUNE 22, 1976 | 4. MANNER OF INCORPORATION/AMALGAMATION  CERTIFICATE | 5. JURISDICTION  ONTARIO |
| | | 5. JURISDICTION IF NOT ONTARIO |
| 6. FULL ADDRESS OF THE HEAD OFFICE  7136 APPLEBY LINE,  MILTON, ONTARIO L9T 2Y1 | POSTAL CODE  L9T2Y1 | EFFECTIVE DATE  JUNE 19, 1980 |

7. PRINCIPAL PLACE OF BUSINESS IF DIFFERENT FROM HEAD OFFICE                          POSTAL CODE

| 8. PRESENT DIRECTORS FULL NAME | RESIDENT CANADIAN YES / NO | FULL RESIDENCE ADDRESS | DATE BECAME DIRECTOR |
|---|---|---|---|
| A. RONALD LANCE HILL | ✓ | RR6, MILTON, ONTARIO L9T 2Y1 | JUNE 22, 1976 |
| B. DARLENE HILL | ✓ | RR6, MILTON, ONTARIO L9T 2Y1 | JUNE 22, 1976 |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |

| 9. PRESENT OFFICERS FULL NAME | | FULL RESIDENCE ADDRESS | DATE BECAME OFFICER |
|---|---|---|---|
| PRESIDENT | RONALD LANCE HILL | RR6, MILTON, ONTARIO L9T 2Y1 | JUNE 22, 1976 |
| SECRETARY | DARLENE HILL | RR6, MILTON, ONTARIO L9T 2Y1 | JUNE 22, 1976 |
| TREASURER | | | |
| GENERAL MANAGER | | | |

10. PERSONS WHO SINCE LAST NOTICE HAVE BEEN BUT ARE NO LONGER DIRECTORS — IF NO CHANGE SINCE LAST NOTICE CHECK BOX ☑  DATE CEASED TO BE DIRECTOR

| FULL NAME | FULL RESIDENCE ADDRESS | |
|---|---|---|
| A. | | |
| B. | | |
| C. | | |
| D. | | |
| E. | | |
| F. | | |
| G. | | |

**RECEIVED**

JUN 23 1980

CORPORATIONS INFORMATION
SECTION
COMPANIES SERVICES BRANCH

FOR MICROFILMING

11. PERSONS WHO SINCE LAST NOTICE HAVE BEEN BUT ARE NO LONGER OFFICERS — IF NO CHANGE SINCE LAST NOTICE CHECK BOX ☑  DATE CEASED TO BE OFFICER

| FULL NAME | FULL RESIDENCE ADDRESS | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

12. (PRINT NAME IN FULL)

I, R. LANCE HILL
CERTIFY THAT THE INFORMATION HEREIN
CONTAINED IS TRUE AND CORRECT

☑ DIRECTOR
☐ OFFICER
☐ OTHER, PERSON HAVING KNOWLEDGE OF THE AFFAIRS OF THE CORPORATION

SIGNATURE

* Applies only in the case of corporation with share capital

07200 Ed 3/79
CD 444

☐ SEE DEFICIENCY NOTICE ON REVERSE SIDE   ➡

SER24

338451

Re: LADY AMOS LITERARY WORKS LTD.

Ontario Corporation No. 338451

Be it enacted as a special by-law of Lady Amos Literary
Works Ltd that the municipality or geographic township
in which the head office of the corporation is located
be and it is hereby changed from Innisfil in the County
of Simcoe to the town of Milton in the regional
municipality of Halton.

I hereby certify that the above is a true copy of a
special by-law which was confirmed by the shareholders
on the 19th day of June, 1980.

DATED this 19th day of June, 1980.

RECEIVED

JUN 23 1980

CORPORATION INFORMATION
SECTION
COMPANIES SERVICES BRANCH

Secretary

President

RECEIVED

JUL 02 1980

CORPORATION INFORMATION
SECTION
COMPANIES SERVICES BRANCH

FOR MICROFILMING

TO: CORPORATIONS AND
COMPANIES SERVICES BRANCH
MINISTRY OF CONSUMER AND
COMMERCIAL RELATIONS
555 YONGE ST.
TORONTO, ONTARIO M7A 2H6

**PLEASE READ**
**INSTRUCTIONS AND INFORMATION**
**ON REVERSE SIDE**

FORM 1
FOR CERTAIN
CORPORATION HOLDING A LICENCE

THE CORPORATIONS INFORMATION ACT, 1976

| 1. CORPORATION NAME | | 2. ONTARIO CORPORATION NUMBER |
|---|---|---|
| LADY AHOB LITERARY WORKS LTD. | | 358451 |

| 3. DATE OF INCORPORATION/AMALGAMATION | 4. MANNER OF INCORPORATION/AMALGAMATION | 5. JURISDICTION |
|---|---|---|
| JUNE 22 1976 | CERTIFICATE | ONTARIO |

| 6. FULL ADDRESS OF THE HEAD OFFICE | | | 5. JURISDICTION IF NOT ONTARIO |
|---|---|---|---|
| 7136 APPLEBY LINE, | | | |
| MILTON, ONTARIO L9T 2Y1 | POSTAL CODE L9T2Y1 | EFFECTIVE DATE JUNE 19 1980 | |

7 PRINCIPAL PLACE OF BUSINESS IF DIFFERENT FROM HEAD OFFICE       POSTAL CODE

| 8. PRESENT DIRECTORS FULL NAME | RESIDENT CANADIAN YES / NO | FULL RESIDENCE ADDRESS | DATE BECAME DIRECTOR |
|---|---|---|---|
| A. RONALD LANCE HILL | ✓ | RR6, MILTON, ONTARIO L9T 2Y1 | JUNE 22 1976 |
| B. DARLENE HILL | ✓ | SAME | SAME |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |

| 9. PRESENT OFFICERS FULL NAME | | FULL RESIDENCE ADDRESS | DATE BECAME OFFICER |
|---|---|---|---|
| PRESIDENT | RONALD LANCE HILL | RR6, MILTON, ONTARIO L9T 2Y1 | JUNE 22 1976 |
| SECRETARY | DARLENE HILL | SAME | SAME |
| TREASURER | | | |
| GENERAL MANAGER | | | |

10. PERSONS WHO SINCE LAST NOTICE HAVE BEEN BUT ARE NO LONGER DIRECTORS – IF NO CHANGE SINCE LAST NOTICE CHECK BOX ☐

| FULL NAME | FULL RESIDENCE ADDRESS | DATE CEASED TO BE DIRECTOR |
|---|---|---|
| A. | | |
| B. | | |
| C. | | |
| D. | | |
| E. | | |
| F. | | |
| G. | | |

FOR MICROFILMING

**RECEIVED**
JUL 02 1980
CORPORATIONS INFORMATION SECTION
COMPANIES SERVICES BRANCH

11. PERSONS WHO SINCE LAST NOTICE HAVE BEEN BUT ARE NO LONGER OFFICERS – IF NO CHANGE SINCE LAST NOTICE CHECK BOX ☐

| FULL NAME | FULL RESIDENCE ADDRESS | DATE CEASED TO BE OFFICER |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

12. (PRINT NAME IN FULL)

R. LANCE HILL

I, _____ CERTIFY THAT THE INFORMATION HEREIN CONTAINED IS TRUE AND CORRECT

☑ DIRECTOR
☐ OFFICER
☐ OTHER PERSON HAVING KNOWLEDGE OF THE AFFAIRS OF THE CORPORATION

SIGNATURE

✱ Applies only in the case of corporation with share capital

☐ SEE DEFICIENCY NOTICE ON REVERSE SIDE →

07200 Ed 3/79
CD 444

SER26

Ministry of Ministère de la  PO BOX 1018 STN B   CP 1018 SUCC B   **Special Notice/Avis special**
Consumer and  Consommation   TORONTO ON M5T 3E6  TORONTO ON M5T 3E6   Corporations Information Act/Loi sur les
Commercial  et du
Relations  Commerce   renseignements exigés des personnes morales
Ontario

## Form 1 - ONTARIO CORPORATION/
## Formule 1 - PERSONNES MORALES EN ONTARIO

**RECEIVED** [3]

SEP 1 3 1993

COMPANIES BRANCH

Type or print all information in block capital letters using black ink.
Tous les renseignements doivent être dactylographiés ou écrits en gros caractères imprimés, à l'encre noire.

| For Ministry Use Only<br>À l'usage du ministère<br>seulement | Ontario Corporation Number<br>Numéro matricule de la personne<br>morale en Ontario | 1. Offering/<br>Appel à l'épargne | Date of Incorporation,<br>Amalgamation or Continuation/<br>Date de constitution, fusion ou prorogation |
|---|---|---|---|
| A \| 8 | 000338451 | Yes/Oui  No/Non<br>x | Year/Année  Month/Mois  Day/Jour<br>1976  06  22 |

**RECEIVED**

JUN 14 1993

COMPANIES BRANCH

Corporation Name Including Punctuation/Raison sociale de la personne morale, y compris la ponctuation

LADY AMOS LITERARY WORKS LTD.

2. Address of Registered or Head Office/Adresse du siège social

c/o / attn
Lance or Darlene Hill

Street No./N° civique   Street Name/Nom de la rue   Suite/Bureau
12131   Fifth Line

Street Name (cont'd)/Nom de la rue (suite)

City/Town/Ville
Rockwood   ONTARIO, CANADA   9524 HC1  09/13/93 CHEQUE   50.00

Postal Code/Code postal
N0B 2K0

3. Principal Place of Business in Ontario/Adresse du bureau d'affaire principal en Ontario

Street No./N° civique   Same as Registered or Head Office/
Même que celle du siège social [x]

Not Applicable/
Ne s'applique pas [ ]

Street Name/Nom de la rue   Suite/Bureau

Street Name (cont'd)/Nom de la rue (suite)

City/Town/Ville   Postal Code/Code postal

ONTARIO, CANADA

4. Activity Classification Code/Code de classification des activités

| A | B | C | D | E | F | G | H | I | J | K | L | M | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

5. Language of Preference/Langue préférée

English - Anglais [x]   French - Français [ ]

None of the Above
Aucun de ces choix [x]

6. Information on Directors/Officers must be completed on Schedule A. **If additional space is required, photocopy Schedule A./**Renseignements
relatifs aux administrateurs/dirigeants doivent être inscrits à l'annexe A. **Si vous avez besoin de plus d'espace, photocopiez l'annexe A.**

Number of Schedule A(s) submitted/Nombre d'annexes A présentées   one   (At least one Schedule A must be submitted/Au moins une
annexe A doit être présentée)

7.

I, Je soussigné   (Type name in full/Inscrire les noms et prénoms en caractère d'imprimerie)
Lance Hill   Check appropriate box
Cocher la case pertinente

certify that the information set out herein, is true and correct.
atteste que les renseignements précités sont véridiques et exacts.   D) [x]  Director/Administrateur

Signature   O) [ ]  Officer /Dirigeant

P) [ ]  Other individual having knowledge of the
affairs of the Corporation/Autre personne
ayant connaissance des activités de la
personne morale

NOTE/REMARQUE: Sections 13 & 14 of the Corporations Information Act provide penalties for making false or misleading statements or omissions. Les articles 13 & 14 de la
Loi sur les renseignements exigés des personnes morales prévoient des peines en cas de déclaration fausse ou trompeuse, ou d'omission.

| FOR MINISTRY USE ONLY<br>À L'USAGE DU MINISTÈRE SEULEMENT | See Deficiency Letter enclosed<br>Voir l'avis d'irrégularité ci-joint |

(18)

07204(92)

SER27

**Form 1 - Ontario Corporation Formula C1 - Personnes morales en Ontario**

## Schedule A/Annexe A

Type or print all information in block capital letters using black ink.
Tous les renseignements doivent être dactylographiés ou écrits en gros caractères imprimés, à l'encre noire.

Page/Page [ ] of/de [ ]

| For Ministry Use Only À l'usage du ministère seulement | Ontario Corporation Number Numéro matricule de la personne morale en Ontario | Date of Incorporation, Amalgamation or Continuation/ Date de constitution, fusion ou prorogation | For Ministry Use Only À l'usage du ministère seulement |
|---|---|---|---|
| A \| B | 000338451 | Year/Année 1976   Month/Mois 06   Day/Jour 22 | |

### DIRECTOR / OFFICER INFORMATION - RENSEIGNEMENTS RELATIFS AUX ADMINISTRATEURS/DIRIGEANTS

Full Name and Residential Address/Nom et adresse personnelle au complet

| Last Name/Nom de famille | First Name/Prénom | Middle Name/Autres prénoms |
|---|---|---|
| Hill | Ronald | Lance |

Street No./N° civique: 12131

Street Name/Nom de la rue: Fifth Line    Suite/Bureau:

Street Name (cont'd)/Nom de la rue (suite):

City/Town/Ville: Rockwood

Province, State/Province, État: Ontario    Country/Pays: Canada    Postal Code/Code postal: N0B 2K0

#### Director Information/Renseignements relatifs aux administrateurs

Resident Canadian/Résident canadien: [X] YES/OUI  [ ] NO/NON  (Resident Canadian applies to directors of business corporations only.)/ (Résident canadien ne s'applique qu'aux administrateurs de personnes morales à but lucratif)

Date First Elected/Date de première élection: Year/Année 19 76  Month/Mois 06  Day/Jour 22

#### Officer Information/Renseignements relatifs aux dirigeants

| | PRESIDENT/PRÉSIDENT | SECRETARY/SECRÉTAIRE | TREASURER/TRÉSORIER | GENERAL MANAGER/ DIRECTEUR GÉNÉRAL | OTHER/AUTRE |
|---|---|---|---|---|---|
| Date Appointed/ Date de nomination | Year/Année 1976 Month/Mois 06 Day/Jour 22 | Year/Année 1976 Month/Mois 06 Day/Jour 22 | Year/Année 1976 Month/Mois 06 Day/Jour 22 | 19 | 19 |

### DIRECTOR / OFFICER INFORMATION - RENSEIGNEMENTS RELATIFS AUX ADMINISTRATEURS/DIRIGEANTS

Full Name and Residential Address/Nom et adresse personnelle au complet

| Last Name/Nom de famille | First Name/Prénom | Middle Name/Autres prénoms |
|---|---|---|
| Hill | Darlene | Madelain |

Street No./N° civique: 12131

Street Name/Nom de la rue: Fifth Line    Suite/Bureau:

Street Name (cont'd)/Nom de la rue (suite):

City/Town/Ville: Rockwood

Province, State/Province, État: Ontario    Country/Pays: Canada    Postal Code/Code postal: N0B 2K0

#### Director Information/Renseignements relatifs aux administrateurs

Resident Canadian/Résident canadien: [X] YES/OUI  [ ] NO/NON  (Resident Canadian applies to directors of business corporations only.)/ (Résident canadien ne s'applique qu'aux administrateurs de personnes morales à but lucratif)

Date First Elected/Date de première élection: Year/Année 19 76  Month/Mois 06  Day/Jour 22

#### Officer Information/Renseignements relatifs aux dirigeants

| | PRESIDENT/PRÉSIDENT | SECRETARY/SECRÉTAIRE | TREASURER/TRÉSORIER | GENERAL MANAGER/ DIRECTEUR GÉNÉRAL | OTHER/AUTRE |
|---|---|---|---|---|---|
| Date Appointed/ Date de nomination | 19 | 19 | 19 | 19 | 19 |

| For Ministry Use Only À l'usage du ministère seulement | Initials/Paraphes |
|---|---|
| | LI ___   QA ___ |
| | DE ___   VER ___ |

Ministry
Consumer and
Commercial Relations
Ontario

Companies Branch
PO BOX 1018 STN B
TORONTO ON M5T 3E6

Direction des compagnies
C P. 1018 SUCC B
TORONTO ON M5T 3E6

**Special Notice/Avis spécial
Corporations Information Act
Loi sur les renseignements exigés
des personnes morales**

## Form 1 - Ontario Corporations
## Formule 1 - Personnes morales en Ontario

Please type or print all information in capital letters using black ink./Tous les renseignements doivent être dactylographiés ou écrits en caractères d'imprimerie à l'encre noire.

| For Ministry Use Only<br>À l'usage du ministère<br>seulement | Ontario Corporation Number<br>Numéro matricule de la personne<br>morale en Ontario | Date of Incorporation/Amalgamation<br>Date de constitution/fusion |
|---|---|---|
| | | Year/Année — Month/Mois — Day/Jour |
| 199448 | 000338451 | 1976 06 22 |

For Ministry Use Only
À l'usage du ministère seulement

**RECEIVED**

**JUL 2 7 1994**

**COMPANIES BRANCH**

Corporation Name/Raison sociale de la personne morale

**LADY AMOS LITERARY WORKS LTD.**

FOR MINISTRY USE ONLY/À L'USAGE DU MINISTÈRE SEULEMENT

PLEASE MAKE CHANGES TO THE PREPRINTED INFORMATION AS REQUIRED/VEUILLEZ APPORTER LES CHANGEMENTS NÉCESSAIRES AUX RENSEIGNEMENTS DÉJÀ IMPRIMÉS

**1. Address of Registered or Head Office/Adresse du siège social**

LANCE OR DARLENE HILL
12131 FIFTH LINE

ROCKWOOD
ONTARIO
CANADA NOB 2KO

1. Address of Registered or Head Office/Adresse du siège social

c/o /a/s

Street No./N° civique — Street Name/Nom de la rue — Suite/Bureau

Street Address (con't)/Nom de la rue (suite)

City/Town/Ville — Province, State/Province, État

Country/Pays — Postal Code/Code postal

**2. Principal Place of Business in Ontario/Adresse du bureau d'affaires principal en Ontario**

2. Principal Place of Business in Ontario/Adresse du bureau d'affaires principal en Ontario

Street No./N° civique — Street Name/Nom de la rue — Suite/Bureau

Street Address (con't)/Nom de la rue (suite)

City/Town/Ville

ONTARIO, CANADA ☒ Same as above/
Identique à l'adresse ci-haut

Postal Code/Code postal

**3. Activity Classification Code/Code de classification des activités**

3. Activity Classification Code/Code de classification des activités

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| J | K | L | M | O | P | Q | R | |

NOT APPLICABLE/
NE S'APPLIQUE PAS ☒

**4. Language of Preference/Langue préférée**

**ENGLISH**

4. Language of Preference/Langue préférée

☐ English/Anglais   ☐ French/Français

1289 HC2   08/03/94 CHEQUE   50.00

I, Je soussigné   RONALD LANCE HILL

certify that all the information set out herein is true and correct./
atteste que tous les renseignements précités sont véridiques et exacts.

Check appropriate box (D) ☒ Director/Administrateur (O) ☐ Officer/Dirigeant (P) ☐ Other Individual having knowledge of the affairs of the Corporation/
Cocher la case pertinente   Autre personne ayant connaissance activités de la personne morale.

Signature/Signature

Initials/Paraphe
U____   QA____
DE____   VER____

Note: Sections 13 & 14 of the Corporations Information Act provide penalties for making false or misleading statements or omissions.
Remarque: Les articles 13 et 14 de la Loi sur les renseignements exigés des personnes morales prévoient des peines en cas de déclaration fausse ou trompeuse, ou d'omission.

For Ministry Use Only/
À l'usage du ministère
seulement ☐

See deficiency letter enclosed/
Voir l'avis d'irrégularité ci-joint

**F000338451 02T**

T01-01728

# Form 1 Corporation / Formule 1 - Personnes morales en Ontario
## Schedule A/Annexe A

For Ministry Use Only
A l'usage de ministère seulement
Page/Page   2   of/de   2

| For Ministry Use Only A l'usage du ministère seulement | Ontario Corporation Number Numéro matricule de la personne morale en Ontario | Date of Incorporation/Amalgamation Date de constitution, fusion Year/Année Month/Mois Day/Jour | For Ministry Use Only A l'usage de ministère seulement |
|---|---|---|---|
| 1994A8 | 000338451 | 1976  06  22 | |

FOR MINISTRY USE ONLY/À L'USAGE DU MINISTÈRE SEULEMENT        PLEASE MAKE CHANGES TO THE PREPRINTED INFORMATION AS REQUIRED/VEUILLEZ APPORTER LES CHANGEMENTS NÉCESSAIRES AUX RENSEIGNEMENTS DÉJÀ IMPRIMÉS

## 886

**Director/Officer Information - Reinseignements relatifs aux administrateurs/dirigeants**

HILL
RONALD
LANCE
12131 FIFTH LINE

ROCKWOOD
ONTARIO
CANADA N0B 2K0

**Director Information - ./Renseignements relatifs aux administrateurs**

Resident Canadian/Résident canadien        **YES**

Date first elected/Date de première élection        **1976 06 22**

**Officer Information/renseignements relatifs aux dirigent**
Date appointed/Date de nomination

PRESIDENT 19760622
SECRETARY 19760622
TREASURER 19760622

**Director/Officer Information - Reinseignements relatifs aux administrateurs/dirigeants**

Full Name and Residential Address/Nom et adresse personnelle au complet

| Last Name/Nom de famille | First Name/Prénom | Middle Name/Autres prénoms |
|---|---|---|
| | | |

Street No./N°. civique        Street Name/Nom de la rue        Suite/Bureau

Street Address (Cont'd)/Nom de la rue (suite)

City/Town/Ville        Province, State/Province, État

Country/Pays        Postal Code/Code postal

**Director Information/Renseignements relatifs aux administrateurs**   ☐ NO LONGER DIRECTOR/ N'EST PLUS ADMINISTRATEUR

Resident Canadian/Résident canadien ☐ Yes/Oui ☐ No/Non

Date first elected/Date de première élection   19 __ Y/A __ M/M __ D/J

**Officer Information/renseignements relatifs aux dirigeants**   ☐ NO LONGER OFFICER N'EST PLUS DIRIGEANT

| | President/Président | Secretary/Secrétaire | Treasurer/Trésorier |
|---|---|---|---|
| Date appointed/Date de nomination | 19 Y/A M/M D/J | 19 Y/A M/M D/J | 19 Y/A M/M D/J |
| Date appointed/Date de nomination | General Manager/Directeur Général 19 Y/A M/M D/J | | Other/Autre 19 Y/A M/M D/J |

## 887

**Director/Officer Information - Reinseignements relatifs aux administrateurs/dirigeants**

HILL
DARLENE
MADELAIN
12131 FIFTH LINE

ROCKWOOD
ONTARIO
CANADA N0B 2K0

**Director Information - ./Renseignements relatifs aux administrateurs**

Resident Canadian/Résident canadien        **YES**

Date first elected/Date de première élection        **1976 06 22**

**Officer Information/renseignements relatifs aux dirigeants**
Date appointed/Date de nomination

**Director/Officer Information - Reinseignements relatifs aux administrateurs/dirigeants**

Full Name and Residential Address/Nom et adresse personnelle au complet

| Last Name/Nom de famille | First Name/Prénom | Middle Name/Autres prénoms |
|---|---|---|
| | | |

Street No./N°. civique        Street Name/Nom de la rue        Suite/Bureau

Street Address (Cont'd)/Nom de la rue (suite)

City/Town/Ville        Province, State/Province, État

Country/Pays        Postal Code/Code postal

**Director Information/Renseignements relatifs aux administrateurs**   ☐ NO LONGER DIRECTOR/ N'EST PLUS ADMINISTRATEUR

Resident Canadian/Résident canadien ☐ Yes/Oui ☐ No/Non

Date first elected/Date de première élection   19 __ Y/A __ M/M __ D/J

**Officer Information/renseignements relatifs aux dirigeants**   ☐ NO LONGER OFFICER N'EST PLUS DIRIGEANT

| | President/Président | Secretary/Secrétaire | Treasurer/Trésorier |
|---|---|---|---|
| Date appointed/Date de nomination | 19 Y/A M/M D/J | 19 Y/A M/M D/J | 19 Y/A M/M D/J |
| Date appointed/Date de nomination | General Manager/Directeur Général 19 Y/A M/M D/J | | Other/Autre 19 Y/A M/M D/J |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on June 20, 2025. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: June 20, 2025

_____

JESSICA DE LA FUENTE